**95–2400.** Capital Fin. Serv., Inc. v. Hibbard. *Butler County*, No. CA95–04–079. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective December 20, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**95–2580.** State v. Graves. *Medina County*, No. 2372–M. Appellant has filed an untimely appeal of the court of appeals' decision affirming the dismissal of his post-conviction petition and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply. Therefore,

IT IS ORDERED by the court, *sua sponte*, effective December 20, 1995, that the motion for delayed appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte*, that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.

## *Friday, December 22, 1995*
## MOTION DOCKET

**95–2171.** Cleveland v. Dixon. *Cuyahoga County*, No. 68095. On December 14, 1995, appellant filed a motion to strike portions of appellee's memorandum in response and on December 18, 1995, appellant filed an amended motion to strike. Appellant's motions to strike are, in substance, reply memoranda and, as such, are prohibited by S.Ct.Prac.R. III(3). Accordingly,

IT IS ORDERED by the court, *sua sponte*, effective December 20, 1995, that appellant's motions to strike be, and hereby are, stricken.

**95–2173.** D'Antonio v. Allegheny Gen. Hosp. *Mahoning County*, No. 94 C.A. 191. On December 1, 1995, appellant filed a motion to strike appellee's memorandum in response. Appellant's motion to strike is, in substance, a reply memorandum and, as such, is prohibited by S.Ct.Prac.R. III(3). Accordingly,

IT IS ORDERED by the court, *sua sponte*, effective December 20, 1995, that appellant's motion to strike be, and hereby is, stricken.

**95–2379.** State v. Twyford. *Jefferson County*, No. 93–J–13. This case is pending before the court as an appeal from the Court of Appeals for Jefferson County. Upon consideration of the motion to withdraw as counsel by Milton Arthur Hayman and James R. McKenna, and the appellant's motion for stay of proceedings and to appoint the Ohio Public Defender as counsel,

IT IS ORDERED by the court that the motion to withdraw as counsel be, and hereby is, granted. F.E. SWEENEY, J., dissents.

IT IS FURTHER ORDERED by the court that the motion for stay of proceedings be, and hereby is, denied.

MOYER, C.J., WRIGHT and COOK, JJ., dissent.

IT IS FURTHER ORDERED by the court that the motion to appoint the Ohio Public Defender as counsel be, and hereby is, granted.

F.E. SWEENEY, J., dissents.

**95–2546.** In re Grand Jury of Delaware Cty. *Delaware County*, No. 95CAD11076. On motion for stay. Motion denied.

WRIGHT, J., dissents.

PFEIFER, J., not participating.